IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ATLANTIC RECORDING, VIRGIN RECORDS AMERICA, INTERSCOPE RECORDS, UMG RECORDINGS, and SONY BMG MUSIC ENTERTAINMENT, | ) ) ) ) ) ) | CASE NO. 8:06CV474 |
| Plaintiffs, | ) ) | ORDER OF DISMISSAL |
| V. | ) ) | |
| FALLON HARLOW, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiffs' Notice of Case Dismissal. The Court finds that Defendant Fallon Harlow has not answered or otherwise appeared, and that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I). Accordingly,

IT IS ORDERED:

1. The Notice of Case Dismissal (Filing No. 6) is approved, and the relief sought therein shall be granted;

2. The Complaint is dismissed without prejudice; and

3. The parties shall bear their own costs and attorney fees.

DATED this 13th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge